IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEXTER HARMON                                                                                         PLAINTIFF
ADC #152483

v.                              No: 5:19-cv-00052 BRW-PSH

ESTELLA BLAND, *et al.*                                                                              DEFENDANTS

# ORDER

I have reviewed the Proposed Findings and Partial Recommendation (Doc. No. 56) submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, the Medical Defendants' motion for summary judgment (Doc. No. 25) is granted in part and denied in part.

Griffin's motion for summary judgment (Doc. No. 30) is granted.

Harmon's § 1983 claims against Griffin, Wood, and Parker are dismissed without prejudice for failure to exhaust available administrative remedies.

I decline to exercise jurisdiction over Harmon's state law medical malpractice and/or intentional tort claims against Griffin, Wood, and Parker.

Harmon's §1983 claims against Bland are limited to her initial discontinuance of dermatological treatment in July 2017 (as described in VSM17-02725), her encounter with Harmon on September 11, 2017 (as described in VSM17-03224), and her encounter with Harmon on October 22, 2018 (as described in VSM18-03055).

Harmon's § 1983 claims against Kelley are limited to the initial discontinuance of dermatological treatment in July 2017 (as described in VSM17-02725).

Any remaining § 1983 claims against Kelley or Bland are dismissed without prejudice for failure to exhaust available administrative remedies.

IT IS SO ORDERED this 17th day of September, 2019.

<u>Billy Roy Wilson</u>_____
UNITED STATES DISTRICT JUDGE