**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEXTER HARMON**                                                                                    **PLAINTIFF**
**ADC #152483**

**v.**                                          **5:19-cv-00052 BRW-PSH**

**ESTELLA BLAND,** *et al.*                                                                    **DEFENDANTS**

<u>**ORDER**</u>

I have reviewed the Proposed Findings and Partial Recommendation (Doc. No. 74)

submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.[1]  After

carefully considering the objections and making a *de novo* review of the record in this case, I

approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, Harmon's motion for a preliminary injunction (Doc. No. 63) is DENIED.

IT IS SO ORDERED this 5th day of November, 2019.


<u>Billy Roy Wilson</u>___  _____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 76.